United States Bankruptcy Court
Northern District of Indiana

In re:
Trisha J. Martin
Debtor

Case No. 17-20081-jpk
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0755-2 User: admin Page 1 of 2 Date Rcvd: Apr 25, 2017
Form ID: B318 Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.

db +Trisha J. Martin, 1306 Del Vista Dr., Valparaiso, IN 46385-3319
smg +Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204-2201
cr +AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853
13895877 +American Family Insurance, 900 East 96th Street, Ste 100, Indianapolis, IN 46240-3878
13895880 +Community Healthcare Network, 9660 Wicker Ave., Saint John, IN 46373-9487
13895883 +Federal Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184
13895885 +Heritage Ears Nose & Throat, %Jonathan R. O'Hara, 1304 Vale Park Road, Valparaiso, IN 46383-2722
13895886 +John D. Krisor, P.O. Box 6200, South Bend, IN 46660-6200
13895887 +Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322-2909
13895889 +OneMain Financial, P.O. Box 1010, Evansville, IN 47706-1010
13895890 +Pathology Consultants, P.O. Box 583, Michigan City, IN 46361-0583
13895891 +Porter Memorial Hospital, 814 LaPorte Avenue, Valparaiso, IN 46383-5860
13895892 +Porter Regional Hospital, 85 E. US Highway 6, Valparaiso, IN 46383-8949
13895893 Quest Diagnostics, 1355 Mittel Blvd., Attention: Patient Billing, Wood Dale, IL 60191-1024
13895896 +St. Mary Medical Center, P.O. Box 3603, Munster, IN 46321-0757
13895897 +Theresa Potesta, 2335 Bentley Street, Chesterton, IN 46304-9640
13895898 Time Investment Co., 929 E. North River, West Bend, WI 53095
13895899 +Trustmark Recovery, 541 Otis Bowen Drive, Munster, IN 46321-4158
13974514 U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

13895884 EDI: PHINAMERI.COM Apr 26 2017 01:38:00 AmeriCredit Financial Services, Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096
13895878 +EDI: RMCB.COM Apr 26 2017 01:38:00 American Medical Collection Agency, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615
13895879 EDI: CAPITALONE.COM Apr 26 2017 01:38:00 Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285
13960182 EDI: CAPITALONE.COM Apr 26 2017 01:38:00 Capital One Bank (USA), N.A., by American InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083
13895881 +EDI: ESSL.COM Apr 26 2017 01:38:00 Dish Network, 5701 S. Santa Fe Dr., Littleton, CO 80120-1813
13895882 E-mail/Text: bknotice@erccollections.com Apr 26 2017 01:57:26 Enhanced Recovery Corp., 8014 Bayberry Rd., Jacksonville, FL 32256-7412
13896405 +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Apr 26 2017 01:54:58 Indiana Department of Revenue, Bankruptcy Section - MS 108, 100 North Senate Avenue, N240, Indianapolis IN 46204-2231
13896404 +E-mail/Text: emccafferty@porterco.org Apr 26 2017 01:58:13 Porter County Treasurer, 155 Indiana Avenue, Suite 209, Valparaiso IN 46383-5566
13895895 EDI: AGFINANCE.COM Apr 26 2017 01:38:00 Springleaf Financial, P.O. Box 3251, Evansville, IN 47731
13895894 +E-mail/Text: rachel@snowsauerteig.com Apr 26 2017 01:58:39 Snow & Sauer, 203 E. Berry St., Ste. 1100, Fort Wayne, IN 46802-2715
13895900 +EDI: VERIZONEAST.COM Apr 26 2017 01:38:00 Verizon North, 500 Technology Dr., Weldon Spring, MO 63304-2225

TOTAL: 11

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

13895888* +Komyatte & Casbon, P.C., 9650 Gordon Drive, Highland, IN 46322-2909

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:

D. Anthony Sottile on behalf of Creditor AmeriCredit Financial Services, Inc. dba GM Financial bankruptcy@sottileandbarile.com
Kenneth A. Manning ken@kmmglawfirm.com, connie@kmmglawfirm.com;in48@ecfcbis.com
Kenneth A. Manning(TM) on behalf of Trustee Kenneth A. Manning tiffany@kmmglawfirm.com, ken@kmmglawfirm.com
Lori D. Fisher(KW) on behalf of Debtor 1 Trisha J. Martin lfisherlaw@att.net
Nancy J. Gargula USTPRegion10.SO.ECF@usdoj.gov

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Trisha J. Martin** | Social Security number or ITIN | **xxx−xx−4647** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Indiana** | | |
| Case number: | **17−20081−jpk** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Trisha J. Martin

4/24/17

**By the court:** J. Philip Klingeberger
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**